# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**METROPOLITAN LIFE INSURANCE COMPANY,**

    Plaintiff,

CASE NUMBER: 1:15-cv-1085-JDB-egb

v.

**WILLIE T. CASEY, JR., LAWANDA G. HOBBS, RACHAEL Y. CASEY, SONYAL L. GREEN, ROSIE L. JOHNSON, and EXPRESS FUNERAL FUNDING, LLC,**

    Defendants.

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Consent Order Disbursing Settlement Funds From the Registry of the Court entered in the above-styled matter on 1/21/2016, this case is now settled and the life proceeds currently being held by the registry of the United States District Court Clerk, Western Division may now be disbursed as stated in said Consent Order.

**APPROVED:**

                                                                 s/J. Daniel Breen
                                                                  Chief United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**